UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ROBERT WOODS,

                                 Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-    ( )( )

Defendant ROBERT WOODS, hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_/s/ Robert Woods_                                _/s/ Deveraux Cannick_

Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ROBERT WOODS                               DEVERAUX L. CANNICK

Print Defendant's Name                        Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/2020                                      _/s/ Judith C. McCarthy_

Date                                              U.S. District Judge/U.S. Magistrate Judge