UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Robert Woods,**
          Defendant.

-----------------------------------------------------------x

**SCHEDULING ORDER**

7:20-cr-00626-11 (PMH)

      The Court has scheduled a <u>Change of Plea Hearing</u> on <u>December 15, 2022 at 2:00 p.m.</u> in Courtroom 520 at the White Plains Courthouse.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: December 1, 2022

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J