# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
cannick.com

**VIA ECF**
Honorable Judge Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted. The appearance scheduled for 12/15/2022 is cancelled. The Clerk of Court is respectfully requested to terminate the letter-motion (Doc. 530).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 14, 2022

Re: **United States v. Robert Woods**
    **Case No.: 20-CR-00626 (PMH)**

Dear Judge Halpern:

Please be advised that defendant, Robert Woods has declined to move forward with his court appearance scheduled for December 15th, 2022.

We apologize for the inconvenience.

Thank you.

Very truly yours,

Deveraux L. Cannick

DLC/mw