UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                          :
                                                  :
                                                  :   **SCHEDULING ORDER**
v.                                                :
                                                  :
**Robert Woods**,                                 :
                          Defendant.              :       7-S6 20-cr-000626- PMH
                                                  :
                                                  :
------------------------------------------------------------x

     The Court has scheduled a Change of Plea Hearing on <u>June 2, 2023 at 9:00 a.m.</u> in Courtroom 520 at the White Plains Courthouse.


     It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.




Dated: May 31, 2023          SO ORDERED:

                                        _____

                                        Philip M. Halpern, U.S.D.J