UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **RESCHEDULING ORDER**
                                  :
ROBERT WOODS,                     :
                 Defendant.       :     7:20-cr-00626-PMH
                                  :
-----------------------------------------------------------x

Sentencing in this matter currently scheduled for September 19, 2024 is rescheduled to July 25, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       June 25, 2024

_____
Philip M. Halpern
United States District Judge