UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                 :
                                         :
                                         :
v.                                       :     **ORDER**
                                         :
ROBERT WOODS,                            :
                                         :     7:20-cr-00626-PMH
                        Defendant.       :
------------------------------------------------------------x

Sentencing in this matter is scheduled for July 25, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.  Defendant's Sentencing Memorandum raises various objections to the PSR, requests a downward variance under U.S.S.G. § 5K2.20 and requests credit for time served in Rikers Island.  The Government does not address any of these arguments in its Sentencing Memorandum. By July 19, 2024 at 5:00 p.m., the Government is directed to file a supplemental submission stating whether it agrees or disagrees with the aforementioned objections and arguments, including the reasons for its position. The Government should include in its submission its response to Defendant's objection to Paragraph 80 of the PSR that Defendant is a career offender.

**SO ORDERED:**

Dated: White Plains, New York
        July 17, 2024

_____
        Philip M. Halpern
        United States District Judge