

United States District Court
Southern District of New York

United States of America,
Plaintiff-Respondent

Case No. 20-CR-626 (PMH)

v.

Woods Move to File Beyond the Page limitation

Robert Woods,
Defendant-Movant

Robert Woods ("Woods"), acting without counsel hereby moves for leave to file beyond the page limit, and in support states:

Attached is Woods memorandum in support of his § 2255 motion. Woods is acting without counsel, but requesting counsel to be appointed. In that vein, Woods attempted to craft the memorandum within the pages allowed but due to the complexity of the issue, quite frankly [it is as] short as a pro'se defendant can be expected [to make it]. [F]or the reasons stated above this court should [allow Woods to] submit said memorandum, granting this request.

Robert Woods, pro se

---

Application granted in part and denied in part. To the extent Woods is requesting appointment of counsel in this habeas proceeding, that request is denied without prejudice. To the extent Woods is requesting an enlargement of the page limit and that the Court accept the memorandum attached to his letter (Doc. 1025) as his reply, that request is granted. The document annexed to his letter is accepted for filing and deemed filed.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       October 29, 2025